# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR HERNANDEZ,<br><br>Defendant. | 2:19-CR-20051-TGB<br><br>ORDER GRANTING MOTION TO MODIFY BOND CONDITIONS |

Pursuant to an oral motion for modification of bond conditions rendered at a hearing held on August 8, 2019,

IT IS ORDERED that the motion to modify bond conditions is GRANTED. The condition for location monitoring and home detention is removed.

DATED this 8th day of August, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge